# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/22/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00227HG-LEK |
| CASE NAME: | United States of America vs. Twenty-Four Thousand Three Hundred Eighty Dollars ($24,380.00) in United States Currency, Five Thousand Five Hundred Dollars ($5,500.00) in United States Currency and Four Thousand Eight Hundred Five Dollars ($4,805.00) in United States Currency and a Light Blue 1998 Ford Expedition |
| ATTYS FOR PLA: | Edric M.K. Ching |
| ATTYS FOR DEFT: | David F. Klein<br>William Fenton Sink |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 01/22/2007 | TIME: | 9:07-9:09 |

COURT ACTION:  EP: Status Conference Re: Stay of Case; Rule 16 Scheduling Conference held.

1. Non-jury trial on December 11, 2007 at 9:00 a.m. before HG
2. Final Pretrial Conference on October 30, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge Helen Gillmor on November 30, 2007 at 8:30a.m.
4. Final Pretrial Statement by October 23, 2007
5. File motions to Join/Add Parties/Amend Pleadings by May 11, 2007
6. File other Non-Dispositive Motions by September 12, 2007
7. File Dispositive Motions by July 11, 2007
8a. File Motions in Limine by November 20, 2007
8b. File opposition memo to a Motion in Limine by November 27, 2007
11a. Plaintiff's Expert Witness Disclosures by **June 12, 2007**
11b. Defendant's Expert Witness Disclosures by July 11, 2007
12. Discovery deadline October 12, 2007
13. **Status/**Settlement Conference set for April 10, 2007 at 2:00 p.m. before LEK

14. Settlement Conference statements by April 3, 2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by November 20, 2007
24. Exchange Exhibit and Demonstrative aids by November 13, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 20, 2007
26. File objections to the Exhibits by November 27, 2007
28a. File Deposition Excerpt Designations by November 20, 2007
28b. File Deposition Counter Designations and Objections by November 27, 2007
29. File Trial Brief by November 27, 2007
30. File Findings of Fact & Conclusions of Law by November 27, 2007

Other Matters: Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 04-00227HG-LEK;
United States of America vs. Twenty-Four Thousand Three Hundred Eighty Dollars ($24,380.00) in United States Currency, Five Thousand Five Hundred Dollars ($5,500.00) in United States Currency and Four Thousand Eight Hundred Five Dollars ($4,805.00) in United States Currency and a Light Blue 1998 Ford Expedition ;
Rule 16 Scheduling Conference Minutes
01/22/2007