# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/10/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00227HG-LEK |
| CASE NAME: | USA vs. Twenty-Four Thousand Three Hundred Eighty Dollars ($24,380.00) in United States Currency, Five Thousand Five Hundred Dollars ($5,500.00) in United States Currency and Four Thousand Eight Hundred Five Dollars ($4,805.00) in United States Currency and a Light Blue 1998 Ford Expedition |
| ATTYS FOR PLA: | Edric M.K. Ching |
| ATTYS FOR DEFT: | David F. Klein<br>William Fenton Sink |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 04/10/2007 | TIME: | 2:00-3:00 |

COURT ACTION:  EP: Status/Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager