# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00227HG-LEK |
| CASE NAME: | United States of America vs. Twenty-Four Thousand Three Hundred Eighty Dollars ($24,380.00) in United States Currency, Five Thousand Five Hundred Dollars ($5,500.00) in United States Currency and Four Thousand Eight Hundred Five Dollars ($4,805.00) in United States Currency and a Light Blue 1998 Ford Expedition |
| ATTYS FOR PLA: | Edric M.K. Ching |
| ATTYS FOR DEFT: | William Fenton Sink |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 5/18/2007 | TIME: | 9:05-9:07 |

COURT ACTION:  EP: Status Conference Re: Settlement held with Counsel Edric M.K. Ching and William Fenton Sink only.

Further Status Conference Re: Settlement set for 2:30 5/25/07, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager