# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00227HG-LEK |
| CASE NAME: | USA vs. Twenty-Four Thousand Three Hundred Eighty Dollars ($24,380.00) in United States Currency, Five Thousand Five Hundred Dollars ($5,500.00) in United States Currency and Four Thousand Eight Hundred Five Dollars ($4,805.00) in United States Currency and a Light Blue 1998 Ford Expedition |
| ATTYS FOR PLA: | Edric M.K. Ching |
| ATTYS FOR DEFT: | William Fenton Sink |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 05/25/2007 | TIME: | 2:00-2:05 |

COURT ACTION: EP: Further Status Conference Re: Settlement held.  William Fenton Sink participated by phone.

Counsel William Fenton Sink informed the Court of the extreme difficulty he is encountering contacting his client/claimants.

Order to Show Cause as to Why Claim Should Not Dismissed for Failure to Respond **as to Claimant Laila Victorino** set for 6/18/07 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.

Status Conference with Prison Counselor for **Claimant Jose Prieto** Regarding Pursuit of Claim set for 6/18/07 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.

Dispositive Motions deadline is continued from 7/11/07 to **8/10/07.**

Submitted by: Warren N. Nakamura, Courtroom Manager