LAW OFFICES OF
WILLIAM FENTON SINK

WILLIAM FENTON SINK #3546
Dillingham Transportation Bldg.
735 Bishop Street, Suite 400
Honolulu, Hawai'i 96813
Telephone: 531-7162

Attorney for Claimant
JOSE PRIETO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TWENTY-FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) IN UNITED STATES CURRENCY, FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) IN UNITED STATES CURRENCY AND FOUR THOUSAND EIGHT HUNDRED FIVE DOLLARS ($4,805.00) IN UNITED STATES CURRENCY AND A LIGHT BLUE 1998 FORD EXPEDITION, BEARDING HAWAII DRIVER'S LICENSE PLATE #HYS-097 AND VEHICLE IDENTIFICATION #1FMPU18L6WLC40440,<br><br>    Defendants. | CIVIL NO.: CV04-00227 HG LEK<br><br>**ORDER INSTRUCTING CLAIMANT JOSE PRIETO AND/OR CLAIMANT'S PRISON COUNSELOR TO APPEAR VIA TELEPHONE FOR STATUS CONFERENCE SET FOR JUNE 18, 2007**<br><br>STATUS CONFERENCE:<br><br>Date:        June 18, 2007<br>Time:        9:30 a.m.<br>Magistrate:  Leslie E. Kobayashi<br><br>Trial:       December 11, 2007 |

**ORDER INSTRUCTING CLAIMANT JOSE PRIETO AND/OR
CLAIMANT'S PRISON COUNSELOR TO APPEAR VIA
TELEPHONE FOR STATUS CONFERENCE SET FOR JUNE 18, 2007**

A Further Status Conference was held between the parties on May 25, 2007 before the Honorable Magistrate Leslie E. Kobayashi, William Fenton Sink, Esq., appeared on behalf of

Claimant, and Edric Ching, Esq., appeared on behalf of the United States of America. The Court having considered the circumstances involving claimant's prison counselor's availability, and for good cause shown,

IT IS HEREBY ORDERED that Claimant Joseph Prieto and/or Prison Counselor for Claimant Joseph Prieto should appear via telephone at the Status Conference set for June 18, 2007 at 9:30 a.m.

DATED: Honolulu, Hawaii, JUN 1 2007.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

*USA v. Twenty-four Thousand, et al.*, Civil No.: 04-00227 (HG-LEK); ORDER INSTRUCTING CLAIMANT JOSE PRIETO AND/OR CLAIMANT'S PRISON COUNSELOR TO APPEAR VIA TELEPHONE FOR STATUS CONFERENCE SET FOR JUNE 18, 2007