# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00227HG-LEK |
| CASE NAME: | USA vs. Twenty-Four Thousand Three Hundred Eighty Dollars ($24,380.00) in United States Currency, Five Thousand Five Hundred Dollars ($5,500.00) in United States Currency and Four Thousand Eight Hundred Five Dollars ($4,805.00) in United States Currency and a Light Blue 1998 Ford Expedition |
| ATTYS FOR PLA: | Edric M.K. Ching |
| ATTYS FOR DEFT: | William Fenton Sink |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 06/21/2007 | TIME: | 9:06-9:21 |

COURT ACTION: EP: Status Conference with Prison Counselor for Claimant Jose Prieto and/or Prisoner Jose Prieto Regarding Pursuit of Claim held. Prisoner Jose Prieto and Unit Manager, Lompoc participated by phone. Settlement Offer not accepted by Claimant Prieto, case to proceed.

Order to Show Cause as to Claimant Laila Victorino as to Why Claim Should Not Be Dismissed for Failure to Respond held. Laila Victorino not present. Edric M. K. Ching to prepare Findings and Recommendation.

Submitted by: Warren N. Nakamura, Courtroom Manager