# MINUTES

CASE NUMBER:     CIVIL NO. 04-00227HG-LEK

CASE NAME:       USA vs. Twenty-Four Thousand Three Hundred Eighty Dollars ($24,380.00) in United States Currency, Five Thousand Five Hundred Dollars ($5,500.00) in United States Currency and Four Thousand Eight Hundred Five Dollars ($4,805.00) in United States Currency and a Light Blue 1998 Ford Expedition

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi           REPORTER:

DATE:    06/21/2007                    TIME:

COURT ACTION:  EO: Counsel informed the Court that the above entitled action has been Settled.  Settlement documents and Stipulation for Dismissal to be submitted shortly.

Submitted by: Warren N. Nakamura, Courtroom Manager