ORIGINAL

IN THE MATTER OF
CIVIL NO. 04-00227 HG LEK
UNITED STATES OF AMERICA, Plaintiff, vs. TWENTY-FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) IN UNITED STATES CURRENCY, FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) IN UNITED STATES CURRENCY AND FOUR THOUSAND EIGHT HUNDRED FIVE DOLLARS ($4,805.00) IN UNITED STATES CURRENCY AND A LIGHT BLUE 1998 FORD EXPEDITION, BEARING HAWAII DRIVER'S LICENSE PLATE NUMBER HYS097 AND VEHICLE IDENTIFICATION NUMBER 1FMPU18L6WLC40440, Defendants.

AFFIDAVIT OF PUBLICATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 22 2007
at 10 o'clock and 15 min A M
SUE BEITIA, CLERK

STATE OF HAWAII      )
                     ) SS.
City and County of Honolulu )

Carrie Ann Asuncion being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of MidWeek Printing, Inc., publisher of MidWeek and the Honolulu Star-Bulletin, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the aforementioned newspapers as follows:

MidWeek _____ times on _____

Honolulu Star-Bulletin    3    times on
05/17/2004, 05/24/2004, 05/31/2004

And that affiant is not a party to or in any way interested in the above entitled matter.

C. Asuncion

Subscribed to and sworn before me this  2ND  day
of   June   A.D. 20 04

Patricia K. Reese
Notary Public of the First Judicial Circuit
State of Hawaii

My commission expires October 07, 2006

Ad# 03505661

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
CIVIL NO. 04-00227 HG LEK

UNITED STATES OF AMERICA, Plaintiff, vs. TWENTY-FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) IN UNITED STATES CURRENCY, FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) IN UNITED STATES CURRENCY AND FOUR THOUSAND EIGHT HUNDRED FIVE DOLLARS ($4,805.00) IN UNITED STATES CURRENCY AND A LIGHT BLUE 1998 FORD EXPEDITION, BEARING HAWAII DRIVER'S LICENSE PLATE NUMBER HYS097 AND VEHICLE IDENTIFICATION NUMBER 1FMPU18L6WLC40440, Defendants.

**NOTICE OF ARREST AND OF ACTION TO FORFEIT PROPERTY TO THE UNITED STATES**

PLEASE TAKE NOTICE that the above-captioned defendant properties were arrested in this action on March 15, 2004, in the District of Hawaii. Persons or entities entitled to possession or claiming any other interest in the defendant properties shall file a claim and answer in accordance with 18 U.S.C. § 983 and the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, with the Clerk of the Court, 300 Ala Moana Boulevard, Room C-338, Honolulu, Hawaii, 96850 and shall serve a copy upon the United States Attorney, at Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850. The claim shall be filed and served within thirty (30) days after the date of the last publication of this Notice, and the answer to the complaint shall be filed and served within twenty (20) days after the filing of the claim. Petitions for Remission or Mitigation may be filed in accordance with the procedures set forth in 28 C.F.R. Part 9, with a copy to be served on the Drug Enforcement Administration 300 Ala Moana Boulevard, Room 3-147, Honolulu, Hawaii 96850.

DATED: Honolulu, Hawaii, May 4, 2004.

MARK M. HANOHANO
United States Marshal
District of Hawaii
(SB03505661 5/17, 5/24, 5/31/04)

PATRICIA K. REESE
Notary Public
State of Hawaii