ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 2 2007

at 10 o'clock and 15 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>TWENTY-FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) IN UNITED STATES CURRENCY, FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) IN UNITED STATES CURRENCY AND FOUR THOUSAND EIGHT HUNDRED FIVE DOLLARS ($4,805.00) IN UNITED STATES CURRENCY AND A LIGHT BLUE 1998 FORD EXPEDITION, BEARING HAWAII DRIVER'S LICENSE PLATE NUMBER HYS097 AND VEHICLE IDENTIFICATION NUMBER 1FMPU18L6WLC40440,<br><br>            Defendants.<br><br>LAILA VICTORINO; JOSE M. MEJIA; AND JOSE PRIETO,<br><br>            Claimants. | CIVIL NO. 04-00227 HG LEK<br><br>REQUEST TO ENTER DEFAULT;<br>DECLARATION OF EDRIC CHING;<br>ENTRY OF DEFAULT |

REQUEST TO ENTER DEFAULT

TO: SUE BEITIA, Clerk of the United States District
    Court for the District of Hawaii

Please enter the default of all persons and entities claiming or having any interest in the above-captioned defendant properties, except for Claimants LAILA VICTORINO; JOSE M. MEJIA; AND JOSE PRIETO, for failure to file a claim or answer as provided by 18 U.S.C. § 983(a)(4), the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Claims, as appears from the Declaration of Edric M. Ching attached hereto.

DATED: June 22, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA