IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CIVIL NO. 04-00227 HG LEK |
| ) | |
| Plaintiff,  ) | DECLARATION OF EDRIC CHING |
| ) | |
| vs.  ) | |
| ) | |
| TWENTY-FOUR THOUSAND THREE  ) | |
| HUNDRED EIGHTY DOLLARS  ) | |
| ($24,380.00) IN UNITED  ) | |
| STATES CURRENCY, FIVE  ) | |
| THOUSAND FIVE HUNDRED  ) | |
| DOLLARS ($5,500.00) IN UNITED ) | |
| STATES CURRENCY AND FOUR  ) | |
| THOUSAND EIGHT HUNDRED FIVE  ) | |
| DOLLARS ($4,805.00) IN UNITED ) | |
| STATES CURRENCY AND A LIGHT  ) | |
| BLUE 1998 FORD EXPEDITION,  ) | |
| BEARING HAWAII DRIVER'S  ) | |
| LICENSE PLATE NUMBER HYS097  ) | |
| AND VEHICLE IDENTIFICATION  ) | |
| NUMBER 1FMPU18L6WLC40440,  ) | |
| ) | |
| Defendants.  ) | |
| _____) | |
| ) | |
| LAILA VICTORINO; JOSE M.  ) | |
| MEJIA; AND JOSE PRIETO,  ) | |
| ) | |
| Claimants.  ) | |
| _____) | |

DECLARATION OF EDRIC M. CHING

    I, Edric M. Ching, declare that:

    1.    I am an Assistant United States Attorney for the District of Hawaii representing Plaintiff United States of America in the above-entitled action.

    2.    The Complaint in the above-entitled action was filed on April 9, 2004.

    3.    The above-named defendant properties were arrested by the United States Marshals Service on April 15, 2004.

4.    On April 14, 2004, a notice letter and a copy of the Complaint for Forfeiture; Verification of Jesse Fourmy; Warrant of Arrest In Rem was served upon Jose Mejia, c/o David Klein, Esq. via certified mail, return receipt requested.  The return receipt indicated that the complaint was received on April 16, 2004.

5.    On April 15, 2004, a notice letter and a copy of the Complaint for Forfeiture; Verification of Jesse Fourmy; Warrant of Arrest In Rem was served upon Jose Prieto via certified mail, return receipt requested.  The return receipt indicated that the complaint was received on April 16, 2004.

6.    On April 15, 2004, a notice letter and a copy of the Complaint for Forfeiture; Verification of Jesse Fourmy; Warrant of Arrest In Rem was served upon Jose Prieto, c/o William Fenton Sink, Esq. via certified mail, return receipt requested. The return receipt indicated that the complaint was received on April 16, 2004.

7.    On April 15, 2004, a notice letter and a copy of the Complaint for Forfeiture; Verification of Jesse Fourmy; Warrant of Arrest In Rem was served upon Jose Prieto, c/o Federal Detention Center via certified mail, return receipt requested. The return receipt indicated that the complaint was received on April 16, 2004.

8.    On April 15, 2004, a notice letter and a copy of the Complaint for Forfeiture; Verification of Jesse Fourmy; Warrant of Arrest In Rem was served upon Jose Mejia, c/o Federal

Detention Center via certified mail, return receipt requested. The return receipt indicated that the complaint was received on April 16, 2004.

9.    On April 16, 2004, a notice letter and a copy of the Complaint for Forfeiture; Verification of Jesse Fourmy; Warrant of Arrest In Rem was served upon Leila H. Victorino via certified mail, return receipt requested.  The return receipt indicated that Leila Victorino received the complaint on April 26, 2004.

10.   On April 16, 2004, a notice letter and a copy of the Complaint for Forfeiture; Verification of Jesse Fourmy; Warrant of Arrest In Rem was served upon Guadalupe Mejia via certified mail, return receipt requested.  The return receipt indicated that the complaint was received on April 17, 2004.

11.   On April 30, 2004, a notice letter and a copy of the Complaint for Forfeiture; Verification of Jesse Fourmy; Warrant of Arrest In Rem was served upon Kealani Kunewa via certified mail, return receipt requested.  The document was returned stating: "Attempted - Not Known and Insufficient Address".

12.   The Notice of Arrest was published in the Honolulu Advertiser on May 17, 2004, May 24, 2004, and May 31, 2004.

13.   In accordance with 18 U.S.C. § 983 and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the last day for filing claims was July 1, 2004, with answers due within 20 days of filing a claim.

3

14.  Claimant Jose Prieto filed an answer on May 6, 2004.

15.  Claimant Laila Victorino filed an answer on May 6, 2004.

16.  Claimant Jose M. Mejia filed a verified claim on May 13, 2004.

17.  To date, no other claims or answers have been received or filed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2007, at Honolulu, Hawaii.

_____
EDRIC M. CHING