IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00227 HG LEK |
| ) | |
| Plaintiff, ) | ENTRY OF DEFAULT |
| ) | |
| vs. ) | |
| ) | |
| TWENTY-FOUR THOUSAND THREE ) | |
| HUNDRED EIGHTY DOLLARS ) | |
| ($24,380.00) IN UNITED ) | |
| STATES CURRENCY, FIVE ) | |
| THOUSAND FIVE HUNDRED ) | |
| DOLLARS ($5,500.00) IN UNITED ) | |
| STATES CURRENCY AND FOUR ) | |
| THOUSAND EIGHT HUNDRED FIVE ) | |
| DOLLARS ($4,805.00) IN UNITED ) | |
| STATES CURRENCY AND A LIGHT ) | |
| BLUE 1998 FORD EXPEDITION, ) | |
| BEARING HAWAII DRIVER'S ) | |
| LICENSE PLATE NUMBER HYS097 ) | |
| AND VEHICLE IDENTIFICATION ) | |
| NUMBER 1FMPU18L6WLC40440, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| LAILA VICTORINO; JOSE M. ) | |
| MEJIA; AND JOSE PRIETO, ) | |
| ) | |
| Claimants. ) | |
| ) | |

## ENTRY OF DEFAULT

Upon the Request to Enter Default by Plaintiff United States of America, and it appearing that no person or entity claiming or having any interest in the above-named defendant properties, except Claimants LAILA VICTORINO, JOSE M. MEJIA, AND JOSE PRIETO has filed a claim and answer or otherwise pled to the complaint;

Default is hereby entered as against all persons and entities claiming any interest in the above-named properties,

except Claimants LAILA VICTORINO, JOSE M. MEJIA, AND JOSE PRIETO.

DATED: June 22, 2007, at Honolulu, Hawaii.

SUE BEITIA, CLERK
United States District Court for
the District of Hawaii

_____
Deputy Clerk

Deputy Clerk, United States
District Court, District of Hawaii