EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 04-00227 HG LEK |
| | ) | |
| Plaintiff, | ) | FINDINGS AND RECOMMENDATION |
| | ) | TO DISMISS CLAIM OF LAILA |
| vs. | ) | VICTORINO |
| | ) | |
| TWENTY-FOUR THOUSAND THREE | ) | |
| HUNDRED EIGHTY DOLLARS | ) | |
| ($24,380.00) IN UNITED | ) | |
| STATES CURRENCY, FIVE | ) | |
| THOUSAND FIVE HUNDRED | ) | |
| DOLLARS ($5,500.00) IN UNITED | ) | |
| STATES CURRENCY AND FOUR | ) | |
| THOUSAND EIGHT HUNDRED FIVE | ) | |
| DOLLARS ($4,805.00) IN UNITED | ) | |
| STATES CURRENCY AND A LIGHT | ) | |
| BLUE 1998 FORD EXPEDITION, | ) | |
| BEARING HAWAII DRIVER'S | ) | |
| LICENSE PLATE NUMBER HYS097 | ) | |
| AND VEHICLE IDENTIFICATION | ) | |
| NUMBER 1FMPU18L6WLC40440, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LAILA VICTORINO; JOSE M. | ) | |
| MEJIA; AND JOSE PRIETO, | ) | |
| | ) | |
| Claimants. | ) | |

FINDING AND RECOMMENDATION
TO DISMISS CLAIM OF LEILA VICTORINO

This matter, the Order to Show Cause as to Claimant Leila Victorino As To Why Claim Should Not Be Dismiss For Failure To Respond, came on for hearing on June 21, 2007 with Assistant United States Attorney Edric M. Ching appearing on behalf of Plaintiff United States of America and William Fenton Sink, Esq. appearing on behalf of Leila Victorino ("Victorino") and Jose Prieto.

In the Complaint, Plaintiff sought forfeiture of Defendant TWENTY FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) in United States Currency, Defendant FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) in United States Currency, Defendant FOUR THOUSAND EIGHT HUNDRED FIVE DOLLARS ($4,805.00) in United States Currency (collectively "defendant currency") and Defendant light blue 1998 FORD EXPEDITION, bearing Hawaii driver's license plate number HYS097 and vehicle identification number 1FMPU18L6WLC40440 ("defendant vehicle").

On April 16, 2004, a notice letter and a copy of the Complaint for Forfeiture; Verification of Jesse Fourmy; Warrant of Arrest In Rem was served upon Victorino via certified mail, return receipt requested.  The return receipt indicated that Victorino received the complaint on April 26, 2004.  Victorino filed an Answer on May 6, 2004 but did not file a verified Claim detailing her interest in the defendant currency and/or the defendant vehicle.

On July 26, 2004, William Fenton Sink, Esq. filed a motion to withdraw as counsel.  The motion to withdraw as counsel was

denied without prejudice because the proceedings were stayed pending resolution of a related criminal matter.  At the June 21, 2007 hearing, William Fenton Sink, Esq. noted that he had not been in contact with Victorino.

Pursuant to 18 U.S.C. § 983(a)(4), a person making a claim in a forfeiture matter must file a verified claim within thirty days of the service of the government's complaint.  United States v. $100,348, 354 F.3d. 1110 (9th Cir. 2004).

Based on the foregoing, because Victorino never filed a claim in this matter and has not contacted her attorney, the Court finds and recommends that her claim be dismissed because she has failed to properly respond to the Complaint.

DATED at Honolulu, Hawai`i, June 27, 2007.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge


APPROVED AS TO FORM
AND CONTENT:

/s/ William Fenton Sink
_____
WILLIAM FENTON SINK, ESQ.
Attorney for Jose Prieto
and Laila Victorino

USA V. $24,380.00 in U.S. Currency, etc.
Civil 04-00277 HG LEK
"FINDING AND RECOMMENDATION TO DISMISS CLAIM OF LEILA VICTORINO"