IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-CV-00227-HG-LEK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Twenty-Four Thousand Three Hundred Eighty Dollars ($24,380.00), etc., | ) ) ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 27, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Doc. No. 47, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August, 30, 2007, Honolulu, Hawaii.



/s/ Helen Gillmor

Chief United States District Judge

cc: all parties of record