# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00227HG-LEK |
| CASE NAME: | United States of America vs. Twenty-Four Thousand Three Hundred Eighty Dollars ($24,380.00) in United States Currency, Five Thousand Five Hundred Dollars ($5,500.00) in United States Currency and Four Thousand Eight Hundred Five Dollars ($4,805.00) in United States Currency and a Light Blue 1998 Ford Expedition |
| ATTYS FOR PLA: | Edric M.K. Ching, AUSA |
| ATTYS FOR DEFT: | David F. Klein, Esq.<br>William Fenton Sink, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | September 10, 2007 | TIME: | 11:00 - 11:35 |

COURT ACTION:   STATUS CONFERENCE -

Discussion held.

Mr. William Fenton Sink mailed out the stipulation for settlement agreement to his client Jose Prieto on September 6, 2007.  Mr. David F. Klein mailed out the stipulation for settlement agreement to his client Jose M. Mejia on September 5, 2007.

A further status conference is set for September 17, 2007 at 11:00 a.m.

Submitted by: Mary Rose Feria, Courtroom Manager