EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 04-00227 HG LEK |
| ) | |
| Plaintiff, ) | FINAL JUDGMENT AND DECREE OF |
| ) | FORFEITURE |
| vs. ) | |
| ) | |
| TWENTY-FOUR THOUSAND THREE ) | |
| HUNDRED EIGHTY DOLLARS ) | |
| ($24,380.00) IN UNITED ) | |
| STATES CURRENCY, FIVE ) | |
| THOUSAND FIVE HUNDRED ) | |
| DOLLARS ($5,500.00) IN UNITED ) | |
| STATES CURRENCY AND FOUR ) | |
| THOUSAND EIGHT HUNDRED FIVE ) | |
| DOLLARS ($4,805.00) IN UNITED ) | |
| STATES CURRENCY AND A LIGHT ) | |
| BLUE 1998 FORD EXPEDITION, ) | |
| BEARING HAWAII DRIVER'S ) | |
| LICENSE PLATE NUMBER HYS097 ) | |
| AND VEHICLE IDENTIFICATION ) | |
| NUMBER 1FMPU18L6WLC40440, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| LAILA VICTORINO; JOSE M. ) | |
| MEJIA; AND JOSE PRIETO, ) | |
| ) | |
| Claimants. ) | |
| ) | |

**EXHIBIT "A"**

## FINAL JUDGMENT AND DECREE OF FORFEITURE

It appearing from the record in this case that on June 27, 2007, default was entered against all of the above-captioned defendant property, and all persons and entities claiming any right, title or interest in or to the above-captioned defendant property, except Claimants JOSE PRIETO, JOSE MEJIA and LAILA VICTORINO, and the claims of LAILA VICTORINO were dismissed by the Court pursuant to the Order Adopting Magistrate's Findings and Recommendation on August 30, 2007; and

Based upon the Stipulation for Compromise Settlement entered herein on _____, 2007 which resolved all claims to the above-captioned defendant property by Claimants JOSE MEJIA and JOSE PRIETO;

IT IS HEREBY ORDERED AND ADJUDGED that based upon the Complaint for Forfeiture and the records filed herein, the Court has subject matter jurisdiction over this action.

IT IS FURTHER ORDERED AND ADJUDGED that the above-captioned defendant property is hereby forfeited to the United States of America, free and clear of the claims of any and all persons or entities claiming any right, title or interest in or to the defendant property, and the United States Marshals Service is hereby directed to dispose of the defendant property as follows, in accordance with the terms of the Stipulation for Compromise Settlement:

    (1)    ONE THOUSAND and NO/100 DOLLARS ($1,000.00) shall be returned to Claimant JOSE PRIETO within thirty (30) days from the date that a Final Judgment and Decree of Forfeiture is entered by the Court;

(2) ONE THOUSAND and NO/100 DOLLARS ($1,000.00) shall be returned to Claimant JOSE MEJIA within thirty (30) days from the date that a Final Judgment and Decree of Forfeiture is entered by the Court; and

(3) The United States Marshals Service shall dispose of the remainder of the defendant property in accordance with law.

IT IS FINALLY ORDERED AND ADJUDGED that the parties each shall bear their own costs and attorney's fees incurred in prosecuting and defending this action, including the preparation and implementation of the terms of the Stipulation for Compromise Settlement.

This Stipulation may be signed in counterparts.

APPROVED AS TO FORM
AND CONTENT:

_____
WILLIAM FENTON SINK
Attorney for Claimant
JOSE PRIETO

_____
JOSE PRIETO
Claimant

APPROVED AS TO FORM
AND CONTENT:

_____
DAVID KLEIN
Attorney for Claimant
JOSE MEJIA

_____
JOSE MEJIA
Claimant

USA v. TWENTY FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) in United States Currency, et al.; Civ. No. 04-00227 HG LEK; "Final Judgment and Decree of Forfeiture"