FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2007

at __ o'clock and 23 min __ M.
SUE BEITIA, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TWENTY-FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) IN UNITED STATES CURRENCY, FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) IN UNITED STATES CURRENCY AND FOUR THOUSAND EIGHT HUNDRED FIVE DOLLARS ($4,805.00) IN UNITED STATES CURRENCY AND A LIGHT BLUE 1998 FORD EXPEDITION, BEARING HAWAII DRIVER'S LICENSE PLATE NUMBER HYS097 AND VEHICLE IDENTIFICATION NUMBER 1FMPU18L6WLC40440,<br><br>　　　　Defendants.<br><br>LAILA VICTORINO; JOSE M. MEJIA; AND JOSE PRIETO,<br><br>　　　　Claimants. | CIVIL NO. 04-00227 HG LEK<br><br>FINAL JUDGMENT AND DECREE OF FORFEITURE |

## FINAL JUDGMENT AND DECREE OF FORFEITURE

It appearing from the record in this case that on June 27, 2007, default was entered against all of the above-captioned defendant property, and all persons and entities claiming any right, title or interest in or to the above-captioned defendant property, except Claimants JOSE PRIETO, JOSE MEJIA and LAILA VICTORINO, and the claims of LAILA VICTORINO were dismissed by the Court pursuant to the Order Adopting Magistrate's Findings and Recommendation on August 30, 2007; and

Based upon the Stipulation for Compromise Settlement entered herein on September 14, 2007 which resolved all claims to the above-captioned defendant property by Claimants JOSE MEJIA and JOSE PRIETO;

IT IS HEREBY ORDERED AND ADJUDGED that based upon the Complaint for Forfeiture and the records filed herein, the Court has subject matter jurisdiction over this action.

IT IS FURTHER ORDERED AND ADJUDGED that the above-captioned defendant property is hereby forfeited to the United States of America, free and clear of the claims of any and all persons or entities claiming any right, title or interest in or to the defendant property, and the United States Marshals Service is hereby directed to dispose of the defendant property as follows, in accordance with the terms of the Stipulation for Compromise Settlement:

>   (1)   ONE THOUSAND and NO/100 DOLLARS ($1,000.00) shall be returned to Claimant JOSE PRIETO within thirty (30) days from the date that a Final Judgment and Decree of Forfeiture is entered by the Court;

2

(2) ONE THOUSAND and NO/100 DOLLARS ($1,000.00) shall be returned to Claimant JOSE MEJIA within thirty (30) days from the date that a Final Judgment and Decree of Forfeiture is entered by the Court; and

(3) The United States Marshals Service shall dispose of the remainder of the defendant property in accordance with law.

IT IS FINALLY ORDERED AND ADJUDGED that the parties each shall bear their own costs and attorney's fees incurred in prosecuting and defending this action, including the preparation and implementation of the terms of the Stipulation for Compromise Settlement.

This Stipulation may be signed in counterparts.

APPROVED AS TO FORM
AND CONTENT:

_____          _____
WILLIAM FENTON SINK                     JOSE PRIETO
Attorney for Claimant                   Claimant
JOSE PRIETO

APPROVED AS TO FORM
AND CONTENT:

_____          _____
DAVID KLEIN                             JOSE MEJIA
Attorney for Claimant                   Claimant
JOSE MEJIA

USA v. TWENTY FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS
($24,380.00) in United States Currency, et al.; Civ. No. 04-00227
HG LEK; "Final Judgment and Decree of Forfeiture"

3

(2) ONE THOUSAND and NO/100 DOLLARS ($1,000.00) shall be returned to Claimant JOSE MEJIA within thirty (30) days from the date that a Final Judgment and Decree of Forfeiture is entered by the Court; and

(3) The United States Marshals Service shall dispose of the remainder of the defendant property in accordance with law.

IT IS FINALLY ORDERED AND ADJUDGED that the parties each shall bear their own costs and attorney's fees incurred in prosecuting and defending this action, including the preparation and implementation of the terms of the Stipulation for Compromise Settlement.

This Stipulation may be signed in counterparts.

APPROVED AS TO FORM
AND CONTENT:

_____          _____
WILLIAM FENTON SINK                JOSE PRIETO
Attorney for Claimant              Claimant
JOSE PRIETO

APPROVED AS TO FORM
AND CONTENT:

_____          _____
DAVID KLEIN                        JOSE MEJIA
Attorney for Claimant              Claimant
JOSE MEJIA

USA v. TWENTY FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) in United States Currency, et al.; Civ. No. 04-00227 HG LEK; "Final Judgment and Decree of Forfeiture"

3

(2) ONE THOUSAND and NO/100 DOLLARS ($1,000.00) shall be returned to Claimant JOSE MEJIA within thirty (30) days from the date that a Final Judgment and Decree of Forfeiture is entered by the Court; and

(3) The United States Marshals Service shall dispose of the remainder of the defendant property in accordance with law.

IT IS FINALLY ORDERED AND ADJUDGED that the parties each shall bear their own costs and attorney's fees incurred in prosecuting and defending this action, including the preparation and implementation of the terms of the Stipulation for Compromise Settlement.

This Stipulation may be signed in counterparts.

APPROVED AS TO FORM
AND CONTENT:

_____          _____
WILLIAM FENTON SINK                      JOSE PRIETO
Attorney for Claimant                    Claimant
JOSE PRIETO

APPROVED AS TO FORM
AND CONTENT:

                                         *[signature: Jose Mejia]*
_____          _____
DAVID KLEIN                              JOSE MEJIA
Attorney for Claimant                    Claimant
JOSE MEJIA


USA v. TWENTY FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) in United States Currency, et al.; Civ. No. 04-00227 HG LEK; "Final Judgment and Decree of Forfeiture"

3