EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>TWENTY-FOUR THOUSAND THREE HUNDRED EIGHTY DOLLARS ($24,380.00) IN UNITED STATES CURRENCY, FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) IN UNITED STATES CURRENCY AND FOUR THOUSAND EIGHT HUNDRED FIVE DOLLARS ($4,805.00) IN UNITED STATES CURRENCY AND A LIGHT BLUE 1998 FORD EXPEDITION, BEARING HAWAII DRIVER'S LICENSE PLATE NUMBER HYS097 AND VEHICLE IDENTIFICATION NUMBER 1FMPU18L6WLC40440,<br><br>    Defendants.<br><br>LAILA VICTORINO; JOSE M. MEJIA; AND JOSE PRIETO,<br><br>    Claimants. | CIVIL NO. 04-00227 HG LEK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES; ORDER |

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by and between the parties remaining in this matter, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs. There are no remaining claims or parties.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff

_____
WILLIAM FENTON SINK
Attorney for Claimant
JOSE PRIETO

_____
DAVID F. KLEIN
Attorney for Claimant
JOSE M. MEJIA

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

USA v. Twenty-Four Thousand Three Hundred Eighty Dollars, et al.
Civil No. 04-00227 HG LEK
"Stipulation for Dismissal With Prejudice As To All Claims and Parties; Order"